| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR. 93-00101-N |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 05-10044 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ricardo Bryant<br>10 Glenburne Street<br>Boston, Massachusetts 02121 | EASTERN DISTRICT OF VIRGINIA | Norfolk Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Rebecca Beach Smith | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/22/04    TO 12/21/09 |

OFFENSE

Conspiracy to distribute and possession with intent to distribute cocaine and cocaine base, in violation of 21 USC 846.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 1, 2005              /s/ Rebecca Beach Smith
Date                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb 17, 2005              /s/ William G. Young
Effective Date                                United States District Judge

LVM/scv